IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD ANTHONY THROOP,**<br><br>Plaintiff,<br><br>v.<br><br>**JEANNE WOODFORD, Director, et al.,**<br><br>Defendants. | CASE NO.: 06-CV-02376-JAH (NLS)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING** |

Defendants Albritton, Alvarez, Barber, Bell, Burkhammer, Castillo, Dowling-Smith, Diaz, Gentry, Giurbino, Grady, Janda, D.C. Johnson, R. Johnson, Leamons, Meadors, Medina, Morales, Nunez, Ochoa, Parrilla, Sampson, Schaller, Scribner, Silva, Stratton, Sullivan, Tamayo, Traynham, Tyree, Verdin, Witcher, and Woodford have applied for an extension of time to file an answer or responsive pleading to the Complaint.

Good cause appearing,

**IT IS HEREBY ORDERED** that the time by which an answer or responsive pleading is required is extended to December 7, 2007.

DATED: October 5, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge

ORDER                                                                     Case No. 06-CV-02376-JAH (NLS)

1